1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7

8  DARRYL KEVIN SAWYER,

9                Plaintiff,

    CASE NO. **2:22-cv-00360-RSM**

10     v.

    **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS IN GENERAL CIVIL CASE**

11  JAMI BOTZ, et al.,

12               Defendants.

13      Plaintiff's application to proceed in forma pauperis (Dkt. 4) is **GRANTED**.  The Court

14  recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of

15  summons.  The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District

16  Judge.

17      DATED this 14th day of April, 2022.

18

19                      _____

20                      BRIAN A. TSUCHIDA
                    United States Magistrate Judge

21
22
23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS IN
GENERAL CIVIL CASE - 1